

U.S. Department of Justice

Criminal Division
Narcotic and Dangerous Drug Section

---

*Andrea Goldbarg*
*Assistant Deputy Chief*

145 N Street, N.E.
2nd Floor, East Wing
Washington, D.C. 20530
Phone: (202) 616-2200
Fax: (202) 514-0483
E-mail: Andrea.Goldbarg@usdoj.gov

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 11 2013 ★
BROOKLYN OFFICE

August 28, 2013

FILED
AUG 2 8 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Clerk's Office
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001

Re:   SEALED CASE, United States v. Harold Mauricio Poveda-Ortega, Criminal No. 07-159-1

Dear Clerk,

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, the Narcotic & Dangerous Drug Section of the Department of Justice authorizes that this case be transferred to the Eastern District of New York.

Please find enclosed a redacted copy of the indictment filed June 20, 2007, consent to transfer of case for plea and sentence, and the transfer notice, originals, paper and electronic copies of each.

Should you have any further questions regarding this matter, do not hesitate to contact me.

Very truly yours,

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

By:   /s/ *Andrea Goldbarg*
Andrea Goldbarg
Assistant Deputy Chief
Tel: (202) 616-2200
Fax: (202) 514-0483
Email: Andrea.Goldbarg@usdoj.gov

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By: _____
Deputy Clerk

Page **1** of **1**